No. 521, Misc. MUHLENBROICH *v.* HEINZE, WARDEN. C. A. 9th Cir. Certiorari denied. *James F. Thacher* for petitioner. *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Deputy Attorney General, for respondent.

No. 599, Misc. DUNCAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley* and *Beatrice Rosenberg* for the United States.

No. 664, Misc. NEAR *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Robert Randolph Jones* and *W. Griffith Purcell* for petitioner. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

No. 777, Misc. NUNEMAKER *v.* WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Irving Galt* and *Norman Friedman,* Assistant Attorneys General, for respondent.

No. 778, Misc. SCOTT *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 792, Misc. HILL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 796, Misc. LANGSTON *v.* HERITAGE, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for respondent.